# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES TATE | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-96-S |
| KROGER TEXAS, LP | § | |

### ORDER

This Order addresses the Agreed Joint Motion to Dismiss with Prejudice [ECF No. 9]. Upon review and consideration of the motion, the Court **GRANTS** the Agreed Joint Motion to Dismiss with Prejudice. All claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorneys' fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED May 3, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**